# United States Court of Appeals
## For the First Circuit

No. 01-1713

GABRIEL FAGOT RODRIGUEZ, ET AL.,

Plaintiffs, Appellants,

v.

THE REPUBLIC OF COSTA RICA, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued July 15, 2002 should be amended as follows:

Line 18 on page 16 should be amended to read: ". . . discretionary authority in general, they maintain that the Fourniers. . ."